# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SZCZYPTA, ADAM | § | Case No. 11-07026 TAB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   United States Bankruptcy Court
   219 South Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/24/2015 in Courtroom 613,
   United States District Court
   219 South Dearborn Street
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/23/2015           By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
SZCZYPTA, ADAM                    §         Case No. 11-07026 TAB
                                  §
         Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,000.00 |
| and approved disbursements of | $ | 611.13 |
| leaving a balance on hand of[1] | $ | 44,388.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | American Heartland Bank & Trust | $ 310,107.04 | $ 310,107.04 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 44,388.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 10,152.50 | $ 0.00 | $ 10,152.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 83.16 | $ 0.00 | $ 83.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 925.00 | $ 0.00 | $ 925.00 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: International Sureties, Ltd. | $ 36.44 | $ 36.44 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 16,735.66

Remaining Balance $ 27,653.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,407.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 60.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,441.50 | $ 0.00 | $ 877.87 |
| 000002 | Chase Bank USA, N.A. | $ 16,432.25 | $ 0.00 | $ 10,007.17 |
| 000003 | American Express Centurion Bank | $ 9,158.75 | $ 0.00 | $ 5,577.64 |
| 000005 | FIA CARD SERVICES, N.A. | $ 18,375.40 | $ 0.00 | $ 11,190.53 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 27,653.21 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-07026-TAB
Adam Szczypta                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: acox                Page 1 of 2              Date Rcvd: Jan 26, 2015
                             Form ID: pdf006           Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2015.
db          +Adam Szczypta,    7559 W. 61st Street,    Summit Argo, IL 60501-1899
17251660     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16952895    +American Heartland Bank,    799 Hearkland Dr.,    Sugar Grove,IL 60554-9345
20729398    +American Heartland Bank & Trust,    799 Heartland Dr.,    Sugar Grove, IL 60554-9345
16853963    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
17960753   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
16853964    +Bac Home Loans Servici,    450 American St,   Simi Valley, CA 93065-6285
16853965    +Bachomeloans,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
16853967   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:  Chase,   Po Box 1093,   Northridge, CA 91328)
16853968    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17077545     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16893576      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2015 02:31:45    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16853969    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2015 02:31:45    Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
20718522      E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2015 02:21:20    GE CAPITAL RETAIL BANK(LOWES BRC),
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605,    ATTN: Ramesh Singh
16853970    +E-mail/Text: bankrup@aglresources.com Jan 27 2015 02:27:11    Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
17687245    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 27 2015 02:28:13    Office of the U.S. Trustee,
               219 South Dearborn St.,    Room 873,   Chicago, IL 60604-2027
                                                                                            TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16952896*    +Bac Home Loans Servici,    450 American St,   Simi Valley,CA 93065-6285
16853966    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2015 at the address(es) listed below:
          Chad M. Hayward   on behalf of Debtor Adam Szczypta courtnotice@haywardlawoffices.com,
           jo@haywardlawoffices.com;lr@haywardlawoffices.com
          David R Doyle   on behalf of Trustee R Scott Alsterda ddoyle@shawfishman.com,
           kjanecki@shawfishman.com
          Denise A Delaurent   on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Gloria C Tsotsos   on behalf of Creditor   JPMorgan Chase Bank, National Association
           nd-two@il.cslegal.com
          Jyothi R Martin   on behalf of Creditor   Bank of America, N.A. jramana@atty-pierce.com

```
District/off: 0752-1          User: acox                Page 2 of 2                  Date Rcvd: Jan 26, 2015
                              Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mitchell S. Chaban    on behalf of Creditor    State Bank of Countryside mchaban@lgattorneys.com, dlee@lgattorneys.com;cspain@lgattorneys.com;kstrauss@lgattorneys.com
          Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com;patrick@robertjross.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    rsalsterda@uhlaw.com,    ralsterda@ecf.epiqsystems.com
          R Scott Alsterda    on behalf of Accountant    Popowcer Katten, Ltd. rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
                                                                                                                 TOTAL: 10