UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11bk07026 |
| ADAM SZCZYPTA | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO UNGARETTI & HARRIS LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,152.50 | TOTAL COSTS REQUESTED: | $ 83.16 |
| TOTAL FEES REDUCED: | $ 1,667.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 8,485.00 | TOTAL COSTS ALLOWED: | $ 83.16 |

### TOTAL FEES AND COSTS ALLOWED: $ 8,568.16

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Unauthorized Work – TOTAL of disallowed amounts $ 1,667.50**

The Court denies the allowance of compensation for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

Dated: February 24, 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

# UNGARETTI & HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

| | |
|---|---|
| Invoice Date: | November 30, 2014 |
| Invoice No: | 8239677 |
| Client Number: | 1005197 |
| | RSA |

Page 2

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|------|-------------|------|-------|------|-------|
| 06/21/11 | Correspondence with D. DeLaurent regarding Debtor's intention to file motion to convert case to a Chapter 13 case. | RSA | 0.30 | 505.00 | 151.50 |
| 08/08/11 | Review of docket for post-conversion reports and telephone conference with J. Olstein regarding status hearing on converted case. | RSA | 0.30 | 505.00 | 151.50 |
| 08/08/11 | Review of Debtor's Motion To Convert Chapter 7 case to a Chapter 13 case. | RSA | 0.10 | 505.00 | 50.50 |
| 08/09/11 | Court appearance for post-conversion status hearing in Szczypta case including conferences with D. DeLaurent and G. Olstein on motion to convert to Chapter 13 case. | RSA | 0.70 | 505.00 | 353.50 |
| 08/15/11 | Correspondence with J. Olstein and D. DeLaurent regarding Debtor's motion to convert to Chapter 13 and accounting for pre-petition cash transfer to spouse. | RSA | 0.40 | 505.00 | 202.00 |
| 08/16/11 | Conferences with J. Olstein and D. DeLaurent regarding continued status hearing on converted case and Debtor's motion to convert case to Chapter 13. | RSA | 0.30 | 505.00 | 151.50 |
| 09/07/11 | Review of Debtor's Chapter 13 Plan and related conversion issued for hearing on Debtor's motion to convert case to Chapter 13. | RSA | 0.30 | 505.00 | 151.50 |
| 09/07/11 | Court appearance for continued Chapter 7 status and continued hearing on Debtor's motion to convert case to Chapter 13 case. | RSA | 0.50 | 505.00 | 252.50 |
| 09/08/11 | Review of Debtor's motion to convert to Chapter 13 case and amended notice of hearing. | RSA | 0.10 | 505.00 | 50.50 |
| 09/28/11 | Correspondence with J. Olstein and D. DeLaurent regarding continued status hearings on converted case and motion to convert to Chapter 13, tolling agreement and accounting from Debtor. | RSA | 0.20 | 505.00 | 101.00 |
| 10/02/11 | Draft memo to J. Olstein regarding settlement of fraudulent transfer claim in Chapter 7 case. | RSA | 0.10 | 515.00 | 51.50 |
| 10/10/11 | Conference with S. Alsterda regarding attorney appearance in Szczypta converted case. | DRD | 0.20 | 245.00 | 49.00 |

(1) - Work before retention

(1) - Work before retention

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI ᗺ HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

| | |
|---|---|
| Invoice Date: | November 30, 2014 |
| Invoice No: | 8239677 |
| Client Number: | 1005197 |
| | RSA |

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

Page 3

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|------|-------------|------|-------|------|-------|
| 10/10/11 | Reviewed filings in chapter 11 case and prepared for appearance at status hearing in converted case. | DRD | 0.30 | 245.00 | 73.50 |
| 10/10/11 | Telephone conference with J. Olstein regarding settlement of fraudulent transfer claim and liquidation of vehicles in Chapter 7 case. | RSA | 0.30 | 515.00 | 154.50 |
| 10/11/11 | Draft Trustee's application to employ legal counsel, affidavit, notice and order. | DRD | 2.90 | 245.00 | 710.50 |
| 10/11/11 | Telephone conference with J. Olstein regarding continued status hearing on converted case. | DRD | 0.10 | 245.00 | 24.50 |
| 10/12/11 | Conference with Trustee and prepared for court appearance for status hearing on converted case. | DRD | 0.60 | 245.00 | 147.00 |
| 10/12/11 | Court appearance for status hearing on converted case. | DRD | 0.90 | 245.00 | 220.50 |
| 10/12/11 | Drafted memo to S. Alsterda regarding status hearing on converted case. | DRD | 0.10 | 245.00 | 24.50 |
| 10/12/11 | Filed notice of attorney appearance for Trustee in converted case. | DRD | 0.20 | 245.00 | 49.00 |
| 10/13/11 | Revise Trustee's application for employment of legal counsel. | DRD | 0.30 | 245.00 | 73.50 |
| 10/14/11 | Draft memo to S. Alsterda regarding effective date for Trustee's employment of legal counsel. | DRD | 0.10 | 245.00 | 24.50 |
| 10/17/11 | Review and revise draft Trustee's Motion To Employ Legal Counsel and draft memorandum to D. Doyle regarding revisions to draft motion and draft order. | RSA | 0.30 | 515.00 | 154.50 |
| 10/19/11 | Revised Trustee's application for employment of legal counsel with Trustee's edits. | DRD | 0.20 | 245.00 | 49.00 |
| 10/19/11 | Revised proposed Order for Trustee's application for employment for legal counsel. | DRD | 0.20 | 245.00 | 49.00 |
| 10/19/11 | Correspondence with D. DeLaurent regarding Trustee's application to employ legal counsel. | DRD | 0.10 | 245.00 | 24.50 |
| 10/26/11 | Reviewed docket in preparation for hearing on Trustee's application to employ legal counsel. | DRD | 0.10 | 245.00 | 24.50 |
| 10/26/11 | Draft memo to Trustee regarding Trustee's application to employ legal counsel granted without hearing. | DRD | 0.10 | 245.00 | 24.50 |
| 10/26/11 | Conference with Trustee regarding status of accounting from Debtor and correspondence with Debtor's counsel regarding document request. | DRD | 0.10 | 245.00 | 24.50 |

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI ᴇ HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

| | |
|---|---|
| **Invoice Date:** | November 30, 2014 |
| **Invoice No:** | 8239677 |
| **Client Number:** | 1005197 |
| | RSA |

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

Page 4

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/27/11 | Correspondence with J. Olstein regarding receipt of accounting from the Debtor. | DRD | 0.20 | 245.00 | 49.00 |
| 10/28/11 | Review of order authorizing Trustee to employ counsel. | RSA | 0.10 | 515.00 | 51.50 |
| 11/03/11 | Correspondence with J. Olstein and Trustee regarding receipt of accounting from Debtor for fraudulently transferred funds. | DRD | 0.10 | 245.00 | 24.50 |
| 11/07/11 | Review of correspondence from J. Olstein regarding Chase's motion to modify the stay on 7424 W. 58th Street in Summit including review of Property Schedules A for property value. | RSA | 0.30 | 515.00 | 154.50 |
| 11/08/11 | Telephone conference with counsel for Chase regarding motion to modify stay on 2474 W. 58th Street in Summit. | RSA | 0.20 | 515.00 | 103.00 |
| 11/08/11 | Draft memo to J. Olstein regarding Chase's motion to modify stay on 7424 W. 58th Street in Summit and Trustee's renewed request for accounting for funds transferred to Debtor's spouse. | RSA | 0.20 | 515.00 | 103.00 |
| 11/09/11 | Review of Chase's motion to modify stay on 7424 W. 58th Street in Summit. | RSA | 0.10 | 515.00 | 51.50 |
| 03/26/13 | Review of Bank of America's motion to modify the stay on 7305 W. 61st Place in Summit. | RSA | 0.20 | 515.00 | 103.00 |
| 07/18/13 | Conference with J. Olstein regarding settlement of claim for fraudulently transferred funds to spouse. | RSA | 0.20 | 515.00 | 103.00 |
| 07/18/13 | Review of documents on the Debtor's transfer of funds to spouse and vehicle information in the schedules and draft memo to J. Olstein regarding settlement and sale offer. | RSA | 0.80 | 515.00 | 412.00 |
| 08/10/13 | Draft memorandum to J. Olstein regarding Debtor's settlement offer for funds transferred to spouse and non-exempt vehicles. | RSA | 0.20 | 515.00 | 103.00 |
| 10/04/13 | Conference with Trustee regarding motion to sell vehicles and motion to approve settlement regarding fraudulent transfer to Debtor's spouse. | PFR | 0.30 | 325.00 | 97.50 |
| 10/04/13 | Correspondence with J. Olstein regarding Trustee's conditional acceptance of Debtor's offer to purchase Estate's interest in three vehicles subject to value verification. | RSA | 0.30 | 515.00 | 154.50 |

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI ᗡ HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

| | |
|---|---|
| Invoice Date: | November 30, 2014 |
| Invoice No: | 8239677 |
| Client Number: | 1005197 |
| | RSA |

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

Page 5

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/08/13 | Draft Settlement and Release Agreement regarding fraudulently transferred funds to Debtor's spouse. | PFR | 1.60 | 325.00 | 520.00 |
| 10/08/13 | Review Debtor's bank statements and other documents relating to fraudulent transfer claims. | PFR | 1.00 | 325.00 | 325.00 |
| 10/08/13 | Research regarding Szczypta real estate title and ownership issues in connection with settlement agreement. | PFR | 1.10 | 325.00 | 357.50 |
| 10/08/13 | Continued drafting and revising Trustee's Motion to Approve Settlement and Release Agreement with G. Szczypta regarding fraudulent transfer claims. | PFR | 1.40 | 325.00 | 455.00 |
| 10/08/13 | Draft Bill of Sale for the three vehicles to be sold pursuant to Trustee's Motion to Sell. | PFR | 0.30 | 325.00 | 97.50 |
| 10/08/13 | Draft Trustee's Motion to Sell the Estate's Right, Title, and Interest in Three Vehicles to A. and G. Szczypta. | PFR | 1.00 | 325.00 | 325.00 |
| 10/09/13 | Review and revise draft Trustee's motion to approve settlement of fraudulent transfer claims with G. Szczypta. | RSA | 0.40 | 515.00 | 206.00 |
| 10/09/13 | Review and revise draft Trustee's motion to approve sale of the Estate's interests in vehicles to the Debtor; and draft memo to J. Olstein requesting information on the mileage and condition of each vehicle. | RSA | 0.30 | 515.00 | 154.50 |
| 10/14/13 | Correspondence with J. Olstein regarding Trustee's draft motion and settlement agreement with G. Szczypta regarding fraudulent transfer claim. | RSA | 0.20 | 515.00 | 103.00 |
| 10/22/13 | Draft memo to J. Olstein regarding draft settlement motion and agreement fraudulent transfer claims against Debtor's spouse. | RSA | 0.10 | 515.00 | 51.50 |
| 10/27/13 | Draft memo to J. Olstein regarding draft motion to approve settlement of fraudulent transfer claim. | RSA | 0.10 | 515.00 | 51.50 |
| 11/03/13 | Draft memorandum to J. Olstein regarding settlement drafts for fraudulent transfer claims. | RSA | 0.10 | 515.00 | 51.50 |
| 11/12/13 | Memo to J. Olstein regarding Trustee's draft motions to settle fraudulent transfer claims against Debtor's spouse. | RSA | 0.10 | 515.00 | 51.50 |
| 11/22/13 | Correspondence with J. Olstein regarding draft settlement agreement for fraudulent transfer claims against Debtor's spouse. | RSA | 0.10 | 515.00 | 51.50 |

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI &HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

| | | |
|---|---|---|
| Invoice Date: | November 30, 2014 | |
| Invoice No: | 8239677 | |
| Client Number: | 1005197 | |
| | RSA | |

Page 6

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|------|-------------|------|-------|------|-------|
| 11/25/13 | Review and finalize Trustee's Motion to Sell the Estate's Right, Title, and Interest in Three Vehicles to the Szczyptas and proposed Order. | PFR | 0.20 | 325.00 | 65.00 |
| 11/25/13 | Review of Szczypta docket for extended statute of limitations for avoidance claims. | RSA | 0.30 | 515.00 | 154.50 |
| 11/26/13 | Review and finalize Trustee's Motion to Approve Compromise with G. Szczypta, Exhibit, and Proposed Order. | PFR | 0.50 | 325.00 | 162.50 |
| 11/26/13 | Telephone conference with J. Olstein regarding Trustee's Motion to Approve Settlement with G. Szczypta on fraudulent transfer claim. | RSA | 0.30 | 515.00 | 154.50 |
| 11/26/13 | Review of Trustee's Motion to Sell Estate's Interests in Vehicles to the Debtor including Notice of Motion and proposed order. | RSA | 0.30 | 515.00 | 154.50 |
| 11/26/13 | Review of Trustee's Motion to Approve Settlement with G. Szczypta on fraudulent transfer claims including Notice of Motion and proposed order. | RSA | 0.30 | 515.00 | 154.50 |
| 11/27/13 | Review of notice of hearing on Trustee's motion to approve settlement of fraudulent transfer claims against G. Szczypta. | RSA | 0.10 | 515.00 | 51.50 |
| 11/27/13 | Review of notice of hearing on Trustee's motion to sell estate's interest in truck and trailer to debtor. | RSA | 0.10 | 515.00 | 51.50 |
| 12/10/13 | Review of correspondence J. Olstein with signed draft settlement agreement and draft memo to J. Olstein requesting signed copy of original settlement agreement. | RSA | 0.20 | 515.00 | 103.00 |
| 12/12/13 | Review Settlement Agreement from Grazyna Szczypta. | PFR | 0.10 | 325.00 | 32.50 |
| 12/12/13 | Review and finalize Notice relating to Szczypta settlement agreement. | PFR | 0.20 | 325.00 | 65.00 |
| 12/17/13 | Review of settlement motion on fraudulent transfer claims for hearing. | RSA | 0.20 | 515.00 | 103.00 |
| 12/17/13 | Review of sale motion for vehicles for hearing. | RSA | 0.20 | 515.00 | 103.00 |
| 12/18/13 | Court appearance for hearing on Trustee's Motion to Sell Estate's Interests in Vehicles to Debtor. | RSA | 0.30 | 515.00 | 154.50 |
| 12/18/13 | Court appearance for hearing on Trustee's Motion to Approve Settlement with G. Szczypta on fraudulent transfer claims. | RSA | 0.20 | 515.00 | 103.00 |

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
Domestic Wire Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
ACH Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
International Wire Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI & HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

| | | |
|---|---|---|
| Invoice Date: | November 30, 2014 | |
| Invoice No: | 8239677 | |
| Client Number: | 1005197 | |
| | RSA | |

Page 7

## 0002 – Legal Work

| Date | Description | Atty | Hours | Rate | Value |
|------|-------------|------|-------|------|-------|
| 12/19/13 | Review of order approving Trustee's settlement with G. Szczypta on fraudulent transfer claims. | RSA | 0.10 | 515.00 | 51.50 |
| 12/19/13 | Review of order approving Trustee's sale of Estate's interest in vehicles to Debtor. | RSA | 0.10 | 515.00 | 51.50 |
| 10/08/14 | Draft Trustee's Application to Employ Lois West and Popowcer Katten as Accountants and proposed Order. | PFR | 0.30 | 365.00 | 109.50 |
| 10/09/14 | Correspondence to proposed accountant L. West regarding review of Trustee's Application to Employ Lois West and Popowcer Katten as Accountants. | PFR | 0.10 | 365.00 | 36.50 |
| 10/09/14 | Finalize Trustee's Application to Employ Lois West and Popowcer Katten as Accountants and proposed Order. | PFR | 0.10 | 365.00 | 36.50 |
| 10/09/14 | Review and revise draft Trustee's application to employ tax accountants. | RSA | 0.20 | 535.00 | 107.00 |
| 10/11/14 | Review of notice of hearing on the Trustee's Application to Employ Tax Accountants. | RSA | 0.10 | 535.00 | 53.50 |
| 10/22/14 | Review of Trustee's Motion to Employ Accountant to prepare tax returns. | RSA | 0.10 | 535.00 | 53.50 |
| 10/22/14 | Court appearance for the hearing on the Trustee's Motion to Employ Accountants to prepare tax returns. | RSA | 0.30 | 535.00 | 160.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Services for Legal Work** | | | **26.30** | | **$ 10,152.50** |

PAYMENT INSTRUCTIONS – U.S. DOLLARS

via Electronic Check: www.uhlawEPAY.com
Domestic Wire Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
ACH Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
International Wire Transfer: JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI & HARRIS

CHICAGO OFFICE:
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

TAXPAYER ID # 36-2903242
RSA Trustee for Szczypta Adam

| Invoice Date: | November 30, 2014 |
|---|---|
| Invoice No: | 8239677 |
| Client Number: | 1005197 |
| | RSA |

Page 8

Matter 0002 – Legal Work

| Date | Costs and Other Charges | | Value |
|---|---|---|---|
| 11/30/14 | Copying/Printing Expenses | | 55.80 |
| | Total Copying/Printing Expenses | | 55.80 |
| 11/30/14 | Postage Expenses | | 27.36 |
| | Total Postage Expenses | | 27.36 |
| **Total Costs and Other Charges for Legal Work** | | | **$ 83.16** |

**PAYMENT INSTRUCTIONS - U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33

# UNGARETTI ᴇ HARRIS

**CHICAGO OFFICE:**
70 W. Madison St., Suite 3500, Chicago, Illinois 60602-4224
Telephone: 312.977.4400 • Fax: 312.977.4405

| | |
|---|---|
| Invoice Date: | November 30, 2014 |
| Invoice No: | 8239677 |
| Client Number: | 1005197 |
| | RSA |

TAXPAYER ID # 36-2909242
RSA Trustee for Szczypta, Adam

Page 9

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| No | Attorney | Hours | Rate | Value |
| 0057 | Alsterda, R. Scott | 11.30 | 535.00 | 5,801.50 |
| 0543 | Ross, Patrick F. | 8.20 | 365.00 | 2,685.00 |
| 0579 | Doyle, David | 6.80 | 245.00 | 1,666.00 |
| **Total for Legal Work** | | **26.30** | | **10,152.50** |

**PAYMENT INSTRUCTIONS – U.S. DOLLARS**

via Electronic Check: www.uhlawEPAY.com
**Domestic Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
**ACH Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 071000013 U&H Account Number: 734446
**International Wire Transfer:** JPMorgan Chase, Chicago, Illinois - ABA Routing Number 021000021 U&H Account Number: 734446
International Routing Number: CHASUS33