UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
SZCZYPTA, ADAM § Case No. 11-07026
 §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/R. SCOTT ALSTERDA _____
                                             Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Heartland Bank 799 Hearland Dr., Sugar Grove, IL 60554 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bachomeloans 450 American St Credit Reporting S Simi Valley, CA 93065 | | | | | |
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| 000006 | AMERICAN HEARTLAND BANK & TRUST | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Amex Po Box 297871 Fort Lauderdale, FL 33329 |  |  |  |  |  |
|  | Bank Of America Po Box 17054 Wilmington, DE 19850 |  |  |  |  |  |
|  | Chase Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 |  |  |  |  |  |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  |  |  |  |  |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  |  |  |  |  |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  |  |  |  |  |
|  | Nicor Gas 1844 Ferry Road Naperville, IL 60563 |  |  |  |  |  |
| 000003 | AMERICAN EXPRESS CENTURION BANK |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-07026 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | SZCZYPTA, ADAM | | | | Date Filed (f) or Converted (c): | 02/22/11 (f) |
| | | | | | 341(a) Meeting Date: | 08/09/11 |
| For Period Ending: | 03/16/15 | | | | Claims Bar Date: | 07/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence Located at 7559 W. 61st Street, | 215,000.00 | 0.00 | | 0.00 | FA |
| 2. Empty Lot 7305 W. 61st Place, Summit, IL 60501 | 30,000.00 | 0.00 | | 0.00 | FA |
| 3. 7424 W. 58th Street, Summit, IL 60501 | 150,000.00 | 0.00 | | 0.00 | FA |
| 4. 14121 King Road, Homer Glenn, 60491 | 300,000.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account with PNC Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2004 Toyota Tundra, with 95,000 miles. | 10,225.00 | 2,000.00 | | 2,000.00 | FA |
| 8. 2004 Ford F350 with 91000 miles. | 10,000.00 | 2,000.00 | | 2,000.00 | FA |
| 9. 2003 Mercedes Benz ML350 with 60000 | 10,025.00 | 1,000.00 | | 1,000.00 | FA |
| 10. FRAUDULENT TRANSFER SETTLEMENT (u) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $726,750.00 | $45,000.00 | | $45,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 01/12/15

/s/   R. SCOTT ALSTERDA
_____   Date: 03/16/15
R. SCOTT ALSTERDA

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-07026 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | SZCZYPTA, ADAM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2386 | | |
| For Period Ending: | 03/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/14 | 7, 8, 9 | BMO Harris Bank<br>Remitter Katarzyna Strama | Sale of Vehicles [Dkt 87] | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/03/14 | 10 | BMO Harris Bank<br>Remitter Katarzyna Strama | Settlement Funds [Dkt. 88] | 1249-000 | 40,000.00 | | 45,000.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.10 | 44,943.90 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 36.44 | 44,907.46 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.33 | 44,847.13 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.67 | 44,780.46 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.43 | 44,716.03 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.48 | 44,649.55 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.24 | 44,585.31 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.29 | 44,519.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.19 | 44,452.83 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.96 | 44,388.87 |
| 02/25/15 | 030002 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 5,250.00 | 39,138.87 |
| 02/25/15 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 8,485.00 | 30,653.87 |
| 02/25/15 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 83.16 | 30,570.71 |
| 02/25/15 | 030005 | Popowcer Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 925.00 | 29,645.71 |

Page Subtotals 45,000.00 15,354.29

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-07026 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | SZCZYPTA, ADAM | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2386 | | |
| For Period Ending: | 03/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/25/15 | 030006 | c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124<br>Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Claim 000004A, Payment 100.00000% | 2950-000 | | 325.00 | 29,320.71 |
| 02/25/15 | 030007 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 64.57163% | 7100-000 | | 930.80 | 28,389.91 |
| 02/25/15 | 030008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 64.57180% | 7100-000 | | 10,610.60 | 17,779.31 |
| 02/25/15 | 030009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 64.57180% | 7100-000 | | 5,913.97 | 11,865.34 |
| 02/25/15 | 030010 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000005, Payment 64.57187% | 7100-000 | | 11,865.34 | 0.00 |

Page Subtotals  0.00  29,645.71

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-07026 -TAB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | SZCZYPTA, ADAM | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2386 |  |  |
| For Period Ending: | 03/16/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 45,000.00 | 45,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,000.00 | 45,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,000.00 | 45,000.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******9958 | | 45,000.00 | 45,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 45,000.00 | 45,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*